# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2026

**BY ECF**
Hon. Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED.  The sentencing is adjourned from July 23, 2026 to **August 19, 2026 at 3:30 p.m.**

Dated: July 1, 2026
         New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:    **United States v David Rivera**,
         26 Cr. 148 (JLR)

Dear Judge Rochon:

I write, with the consent of the Government, to request an adjournment of the sentencing hearing in the above-captioned matter, currently scheduled for July 23, 2026. The defense sentencing submission is presently due on Thursday, July 9, 2026; however, the Probation Department has advised that it is uncertain whether the final presentence report will be completed by that deadline, and has indicated that it does not expect to complete the report until the end of next week. Accordingly, additional time is respectfully requested to allow for review of the final presentence report once filed with the Court, and for the preparation of the defense's sentencing submission and recommendation.

After consultation with the Court and the Government regarding availability, I respectfully request that the sentencing hearing be adjourned to August 19, 2026, at 3:30 pm.

Respectfully submitted,

/s/ Amy Gallicchio

_____
Amy Gallicchio, Esq.
Assistant Federal Defender
O:  212-417-8728
C:  917-612-3274

Cc: AUSA Jonathan Bodansky